IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Joe Hand Promotions, Inc., ) | C/A No.: 3:12-cv-253-JFA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Matthew Walters, individually and as ) | |
| officer, director, shareholder, and/or ) | |
| principal of Tavern on Main, LLC d/b/a ) | |
| Tavern on Main; Tavern on Main, LLC ) | |
| d/b/a Tavern on Main, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| Matthew Walters, individually and as ) | |
| officer, director, shareholder, and/or ) | |
| principal of Tavern on Main, LLC; ) | |
| Tavern on Main, LLC, ) | |
| ) | |
| Third Party Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| Time Warner Cable, Inc., ) | |
| ) | |
| Third Party Defendant. ) | |
| ) | |

For good cause shown, this court hereby grants the Motion to Set Aside Default by Third Party Defendant Time Warner Cable, Inc. (ECF No. 31). Accordingly, the Clerk is directed to strike the entry of default as to Time Warner Cable, Inc. (ECF No. 25).

IT IS SO ORDERED.

June 21, 2012            Joseph F. Anderson, Jr.
Columbia, South Carolina     United States District Judge