IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Joe Hand Promotions, Inc., | ) | C/A No.: 3:12-cv-253-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Matthew Walters, individually and as | ) | |
| officer, director, shareholder, and/or | ) | |
| principal of Tavern on Main, LLC d/b/a | ) | |
| Tavern on Main; Tavern on Main, LLC | ) | |
| d/b/a Tavern on Main, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Matthew Walters, individually and as | ) | |
| officer, director, shareholder, and/or | ) | |
| principal of Tavern on Main, LLC; | ) | |
| Tavern on Main, LLC, | ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Time Warner Cable, Inc., | ) | |
| | ) | |
| Third Party Defendant. | ) | |
| | ) | |

This court hereby grants Third Party Defendant Time Warner Cable, Inc.'s ("Time Warner Cable") Motion to Compel Arbitration (ECF No. 55) and Plaintiff Joe Hand Promotions, Inc.'s Motion to Amend/Correct Complaint (ECF No. 56). Though the court is granting the motion to compel arbitration, the court directs the Third Party Plaintiffs

Matthew Walters and Tavern on Main, LLC and the Time Warner Cable to delay arbitration until there is a decision on liability in the instant case.

    IT IS SO ORDERED.

November 16, 2012                                  Joseph F. Anderson, Jr.
Columbia, South Carolina                       United States District Judge

2