IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Joe Hand Promotions, Inc., ) | C/A No.: 3:12-cv-253-JFA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Matthew Walters, individually and as ) | |
| officer, director, shareholder, and/or ) | |
| principal of Tavern on Main, LLC d/b/a ) | |
| Tavern on Main; Tavern on Main, LLC ) | |
| d/b/a Tavern on Main, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| Matthew Walters, individually and as ) | |
| officer, director, shareholder, and/or ) | |
| principal of Tavern on Main, LLC; ) | |
| Tavern on Main, LLC, ) | |
| ) | |
| Third Party Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| Time Warner Cable, Inc., ) | |
| ) | |
| Third Party Defendant. ) | |
| ) | |

This court hereby grants Third Party Defendant Time Warner Cable, Inc.'s ("Time Warner Cable") Motion to Compel Arbitration (ECF No. 55) and Plaintiff Joe Hand Promotions, Inc.'s Motion to Amend/Correct Complaint (ECF No. 56). Though the court is granting the motion to compel arbitration, the court directs the Third Party Plaintiffs

1

Matthew Walters and Tavern on Main, LLC and the Time Warner Cable to delay arbitration until there is a decision on liability in the instant case.

IT IS SO ORDERED.

November 16, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge