# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# Columbia Division

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. | |
| Plaintiff, | C.A. NO. 3:12-CV-00253 |
| VS. | |
| MATTHEW WALTERS, et al., | **CONSENT ORDER OF JUDGMENT** |
| Defendant | |

     **Matthew Walters**, a natural person of legal age, and **Tavern on Main, LLC d/b/a Tavern on Main**, (hereinafter "Defendants"), being residents of the County of Sumter, State of South Carolina, and/or officers, directors, shareholders and/or principals of Tavern on Main, LLC d/b/a/ Tavern on Main, a limited liability company licensed to do business in the State of South Carolina, hereby consent to the entry of judgment in favor of the Plaintiff, Joe Hand Promotions, Inc., (hereinafter "Plaintiff") for the sum of $12,500.00. This Consent Order of Judgment is for money justly due and owing to Plaintiff by reason of the exhibition of several Ultimate Fighting Championship events by Defendants in violation of the rights held by Joe Hand Promotions, Inc. and Title 47 U.S.C. Section 605 and/or Title 47 U.S.C. Sections 553, et seq. Facts further enumerating the cause of action out of which this debt arose are set forth more completely in Plaintiff's Amended Complaint, which was filed December 6, 2012 in United States District Court, Columbia Division, and bearing C.A. NO. 3:12-CV-00253. The claims amongst Defendant and Time Warner Cable, Inc, a third-party defendant, shall endure and be decided by binding arbitration.

**IT IS SO ORDERED:**

                                                                         s/Joseph F. Anderson, Jr.
                                                                         Honorable Joseph F. Anderson, Jr.
                                                                         United States District Judge

Signed this 12th day of August, 2013.

| | |
|---|---|
| **I So Move:** | **I So Consent:** |
| /s/ Eric C. Hale, Esq. | /s/ John Keffer, Esq. |
| Eric C. Hale, Esq., | John Keffer |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 1605 | 23 W. Calhoun Street |
| Irmo, SC 29063 | Sumter, SC 29150 |