IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Joe Hand Promotions, Inc., ) | C/A No.: 3:12-cv-253-JFA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Matthew Walters, individually and as ) | |
| officer, director, shareholder, and/or ) | |
| principal of Tavern on Main, LLC, d/b/a ) | |
| Tavern on Main; Tavern on Main, LLC, ) | |
| d/b/a Tavern on Main, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| Matthew Walters, individually and as ) | |
| officer, director, shareholder, and/or ) | |
| principal of Tavern on Main, LLC; ) | |
| Tavern on Main, LLC, ) | |
| ) | |
| Third Party Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| Time Warner Cable, Inc., ) | |
| ) | |
| Third Party Defendant. ) | |
| ) | |

Appearing from the information provided to this court in a status report dated April 10, 2014, the third party plaintiffs have failed to institute arbitration proceedings related to their third party claim against Time Warner Cable, Inc., despite the passage of eight months.

1

After granting summary judgment to the plaintiff, Joe Hand Promotions, Inc., this court directed that the record remain open in this case so that any award entered in the arbitration proceedings could be included as a part of the judgment in this case.

Because it appears that the third party plaintiffs have failed to avail themselves of arbitration as contemplated earlier, this court directs the Clerk to close this file and the case is now ended.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

April 14, 2014                                  Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge